THE PEOPLE OF THE STATE OF NEW YORK v CAMERON CINTRON.

Concur — Murphy, P. J., Sandler, Ross, Carro and Fein, JJ.